Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




## MEMORANDUM OPINION

No. 04-11-00412-CR

Raymundo D. **CAMARILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8613
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  July 13, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence in the underlying cause on April 20, 2011.  Because appellant did not file a motion for new trial, the notice of appeal was due to be filed May 20, 2011.  TEX. R. APP. P. 26.2(a)(1).  A motion for extension of time to file the notice of appeal was due on June 6, 2011.  TEX. R. APP. P. 26.3.  Appellant filed a notice of appeal on June 13, 2011, but appellant did not file a motion for extension of time.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Because it appeared that appellant's notice of appeal was untimely filed, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). Appellant's attorney responded that he had reviewed the record and was unable to show cause why the appeal should not be dismissed for lack of jurisdiction. Because the notice of appeal was untimely filed, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH